UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | No. 1:21-mj- 147-01-AJ |
| ) | |
| MICHAEL CLEMENCE ) | |
| ) | |
| DEFENDANT ) | |

MOTION TO SEAL AT LEVEL II:
CRIMINAL COMPLAINT, SUPPORTING AFFIDAVIT,
ARREST WARRANT, THIS MOTION, & DOCKET TEXT ENTRIES

The United States of America respectfully moves to seal at Level II the criminal complaint in this case, the supporting affidavit, any arrest warrant that may issue, this motion, and the corresponding docket text entries until such time as the defendant is taken into custody.

Under Federal Rule of Criminal Procedure 49.1(d) and Local Rule 83.12(a)(1), the Court has authority to grant this motion.

The Court should seal these documents because they contain sensitive information, which, if prematurely released, may compromise an ongoing criminal investigation, render the apprehension of the defendant more difficult and dangerous.  Specifically, the supporting affidavit contains information identifying the target of the investigation and outlining the evidence against him. Investigators believe that the target is unaware of the incriminating evidence investigators have gathered against him. Should information identifying the target and the evidence against be released, it may cause him to flee, destroy evidence, or change his patterns of behavior.

*United States v. Defendant*
Motion To Seal Criminal Complaint and Related Documents
Page 2 of 2

      The United States expressly excludes from the scope of this motion the distribution of the arrest warrant to and among law enforcement agencies, including the posting of the arrest warrant to law enforcement databases and indices.

                                                  Respectfully submitted,

                                                  JOHN J. FARLEY
                                                  Acting United States Attorney

Dated: June 7                        By: /s/ Kasey A. Weiland
                                         Kasey A. Weiland
                                         Assistant United States Attorney
                                         Virginia Bar No: 82785
                                         United States Attorney's Office
                                         53 Pleasant Street, 4th Floor
                                         Concord, NH 03301
                                         (603) 225-1552
                                         kasey.weiland2@usdoj.gov

Motion:      ☑ Granted    ☐ Denied

*/s/ Andrea K. Johnstone*

Andrea K. Johnstone
United States Magistrate Judge
United States District Court
District of New Hampshire
Date: **Jun 7, 2021**