**United States District Court**
**District of New Hampshire**

United States of America

V.                                              Case No. 1:21-mj-147-01-AJ

Michael Clemence

CONSENT TO VIDEO/TELEPHONIC CONFERENCE
AND WAIVER OF RIGHT TO APPEAR IN PERSON

*With the consent of the defendant, the court is authorized to conduct certain criminal proceedings by video/telephonic conference. See Standing Order 20-25 (July 24, 2020); Coronavirus Aid, Relief, and Economic Security Act, Pub. L. No. 116-136, §15002(b), 134 Stat. 281, 528-29 (2020).*

**I understand that the U.S. Constitution, the Federal Rules of Criminal Procedure, and/or one or more federal statutes may give me the right to have all the proceedings listed below take place in person in open court. After consultation with my attorney, I knowingly and voluntarily consent to the proceeding(s) checked below taking place by video/telephonic conference and I knowingly and voluntarily waive my right to be present, in person, in open court as to the proceeding(s) checked below.**

Check each that applies:

[✓] **Initial Appearance (Fed. R. Crim. P. 5)**

[ ] **Preliminary Hearing (Fed. R. Crim. P. 5.1)**

[ ] **Arraignment (Fed. R. Crim. P. 10)**

[ ] **Detention/Bail Review/Reconsideration Hearing(s) (18 U.S.C. § 3142)**

[ ] **Pretrial Release Bail Revocation Proceedings (18 U.S.C. § 3148)**

[ ] **Misdemeanor Pleas and Sentencings (Fed. R. Crim. P. 43(b)(2))**

[ ] **Appearances under Fed. R. Crim. P. 40**

[ ] **Probation and Supervised Release Revocation Proceedings (Fed. R. Crim. P. 32.1)**

[ ] **Other:** _____

Date: 6/8/21                    _____ for Michael Clemence
                               Defendant                    (signed w/ permission
                                                            and after review)

Date: 6/8/21                    _____
                               Counsel for Defendant

**APPROVED.**

Date: 6/8/2021                  _____
                               U.S. Magistrate Judge
                               XXXXXXXXXXXX