UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 21-mj-147-AJ |
| ) | |
| MICHAEL CLEMENCE ) | |

<u>APPEARANCE</u>

Enter my appearance as counsel for the United States in the above-entitled case.

Respectfully submitted,

JOHN J. FARLEY
Acting United States Attorney

Date:  June 8, 2021

By: /s/ Anna Z. Krasinski
Anna Z. Krasinski
Assistant U.S. Attorney
WV Bar No. 12762
53 Pleasant Street, 4th Floor
Concord, NH 03301
603-225-1552
Anna.Krasinski@usdoj.gov