AO 442 (Rev. 11/11) Arrest Warrant

---

# UNITED STATES DISTRICT COURT
## for the
## District of New Hampshire

FILED - USDC -NH
2021 JUN 9 PM1:13

RECEIVED
JUN - 8 2021
US MARSHALS SERVICE

United States of America
v.

MICHAEL CLEMENCE

_Defendant_

)
)
)  Case No.   21-mj-147-01-AJ
)
)
)
)

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

_(name of person to be arrested)_   Michael Clemence,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☒ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 USC §2252(a)(4)(B)  Possession of Child Pornography

Date: **Jun 7, 2021**

_Issuing officer's signature_

City and state:   Concord, New Hampshire

Andrea K. Johnstone, US Magistrate Judge
_Printed name and title_

---

**Return**

This warrant was received on _(date)_ 6/8/21, and the person was arrested on _(date)_ 6/7/21
at _(city and state)_ Rochester

Date: 6/8/21

HSI/DHS
_Arresting officer's signature_

_Printed name and title_

AO 442 (Rev. 11/11) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender:  Michael Clemence

Known aliases:

Last known residence:  31 Adams Avenue, Rochester, NH

Prior addresses to which defendant/offender may still have ties:

Last known employment:

Last known telephone numbers:

Place of birth:  United States

Date of birth:  11/30/1985

Social Security number:  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

Height:  5'10"                                             Weight:  135

Sex:  male                                                 Race:  white

Hair:  brown                                               Eyes:  brown

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:  Elizabeth Clemence (wife)

FBI number:

Complete description of auto:

Investigative agency and address:  HSI, Special Agent Ronald Morin

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*: