AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

| United States of America | ) |
| --- | --- |
| v. | ) |
|  | ) Case No. 21-cr-99-LM-01 |
|  | ) |
| MICHAEL CLEMENCE | ) |
|  | ) |
| *Defendant* | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Michael Clemence ,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 USC §2252A(a)(5)(B) & (b)(2)   Possession of Child Pornography

Date:   06/15/2021

*Issuing officer's signature*

City and state:   Concord, New Hampshire

Erica DiFabio, Deputy Clerk
*Printed name and title*

**Received JUN 15 2021 US MARSHALS SERVICE**

---

### Return

This warrant was received on *(date)* 06/15/2021 , and the person was arrested on *(date)* 06/15/2021
at *(city and state)*   DOVER, NH (SCDOC) .

Date: 06/15/2021

*Arresting officer's signature*

DUSM ANDREW GRILLO
*Printed name and title*