UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | No. 21-cr-00099-LM |
| v. | ) | |
| | ) | |
| MICHAEL CLEMENCE | ) | |

## GOVERNMENT'S EXHIBIT LIST

The United States of America, by John J. Farley, Acting United States Attorney for the District of New Hampshire and Assistant U.S. Attorney Kasey A. Weiland, hereby offers the following list of exhibits presented at the detention hearing on June 22, 2021:

| No. | ID | Description |
| --- | --- | --- |
| 4A | | Images from Google drive account |
| 4B | | Images from Google drive account |

Respectfully submitted,

JOHN J. FARLEY
Acting United States Attorney

Dated: June 25, 2021

By: /s/ Kasey A. Weiland
Kasey A. Weiland
Assistant U.S. Attorney