# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

United States of America

v.

Michael Clemence

1:21-cr-00099-LM

## ASSENTED-TO MOTION TO CONTINUE TRIAL

The accused, through counsel, John P. Newman, Esq., respectfully requests that this Court grant this motion to continue.

In support, it is stated:

1. The United States has charged the Defendant with Possession of Child Pornography, contrary to 18 U.S.C. §§ 2252A(a)(5)(B) & (b)(2).

2. A final Pretrial Hearing is scheduled for August 5, 2021 with Jury Selection for August 17, 2021.

3. The parties are both reviewing discovery and negotiating a non-trial resolution to this case. We anticipate that these tasks can be completed with the benefit of a 60-day continuance.

4. Pursuant to Administrative Order 20-24, defense counsel hereby certifies that:

    a. He has consulted with the defendant about the requested continuance,
    b. He has explained to the defendant that, by seeking a continuance, the defendant is waiving his constitutional and statutory rights to a speedy trial,
    c. The defendant has personally assented to the continuance, and
    d. Defense counsel is forthwith mailing or electronically transmitting to the defendant a copy of the motion to continue.

5. The United States, through prosecuting attorney, Kasey Weiland, Esq., assents to this motion.

WHEREFORE, the accused respectfully requests that this Court grant this motion and continue the trial in this case for a period of 60 days.

Respectfully submitted,

*/s/ John P. Newman*
John P. Newman, Esq.
NHBA No.:  8820
Newman Law Office, PLLC
15 High Street
Manchester, NH 03101
(603) 935-5603
john@newmanlawnh.com

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion has been forwarded by electronic mail through the ECF system on July 7, 2021, to Kasey Weiland, Esq.

*/s/ John P. Newman*
John P. Newman