UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| UNITED STATES OF AMERICA | ) | |
| | ) | No. 21-cr-00099-LM |
| v. | ) | |
| | ) | |
| MICHAEL CLEMENCE | ) | |

## GOVERNMENT'S EXHIBIT LIST

The United States of America, by John J. Farley, Acting United States Attorney for the District of New Hampshire and Assistant U.S. Attorney Kasey A. Weiland, hereby offers the following list of proposed exhibits to be admitted at the bail hearing on July 7, 2021:

| No. | ID | Description |
|-----|----|----|
| 1 | X | Images from thumb drive (sealed) |
| 2 | X | Images from cell phone (sealed) |
| 3A-C | X | Cruise photographs (sealed) |
| 4A-B | X | Images from Google drive account (sealed) |

The United States reserves the right to seek leave to amend its exhibit list as necessary.

Respectfully submitted,

JOHN J. FARLEY
Acting United States Attorney

Dated: July 6, 2021

By: /s/ Kasey A. Weiland
Kasey A. Weiland
Assistant U.S. Attorney