UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

United States of America

    v.                               Case No. 21-cr-99-01-LM

Michael Clemence

ORDER

The assented to motion to reschedule jury trial (document no. 23) filed by defendant is granted; Final Pretrial Conference is rescheduled to December 2, 2021 at 1:30 PM. Trial is continued to the two-week period beginning December 14, 2021, 9:30 AM.

The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

                                               By the Court,

                                               _____
                                               Landya B. McCafferty
                                               Chief Judge

Date: September 14, 2021

cc:   U.S. Marshal
      U.S. Probation
      Counsel of Record