UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 1:21-cr-99-LM |
| | ) | |
| MICHAEL CLEMENCE | ) | |

## ORDER OF FORFEITURE

1. The defendant, Michael Clemence, has pleaded guilty to an Indictment that charges him with possession of child pornography, in violation of 18 U.S.C. § 2252A(a)(5)(B), and has agreed to immediately forfeit his right, title and interest in the following assets: (A) one thumb drive, serial number BL0811NSSB; (B) one Samsung Galaxy S8+ cell phone, model SMG955UZKV, IMEI 357725085185248; (C) one Geek Squad thumb drive, serial number 5345GG040532M202B2; and (D) one SanDisk Ultra Backup 16GB, serial number BL0902NSAB, seized from the defendant.  DN 25, ¶13.

2. Pursuant to Criminal Rule 32.2(b)(6)(C) and Rule G(4)(a)(i)(A) of the Supplemental Rules for Certain Admiralty or Maritime Claims and Asset Forfeiture Actions, notice of this proceeding was not published because the individual value of the asset is less than $1,000.00. There are no known potential third party claimants.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that all right, title and interest in: (A) one thumb drive, serial number BL0811NSSB; (B) one Samsung Galaxy S8+ cell phone, model SMG955UZKV, IMEI 357725085185248; (C) one Geek Squad thumb drive, serial number 5345GG040532M202B2; and (D) one SanDisk Ultra Backup 16GB, serial number BL0902NSAB, is hereby condemned, forfeited and vested to the

United States of America pursuant to 18 U.S.C § 2253, free from the claims and interests of any other person or entity.

 IT IS FURTHER ORDERED that the Department of Homeland Security, or any authorized federal law enforcement agency, shall seize and maintain custody of the forfeited property and dispose of it in accordance with the law.

 The Court shall retain jurisdiction to enter any orders necessary to amend or enforce this Order.

 The Clerk of the Court shall forward a certified copy of this Order to the United States Attorney's Office, Attention:  Assistant U.S. Attorney Kasey Weiland, and a copy to all counsel of record.

Dated:_____        _____
                   UNITED STATES DISTRICT JUDGE