# DEFENDANT MICHAEL CLEMENCE
# EXHIBIT A – LETTERS OF SUPPORT

Terry Kiernan – Mother of Michael Clemence

Kent Clemence – Father of Michael Clemence

Loren Obrey – Family friend of Michael Clemence

Sandra Obrey – Family friend of Michael Clemence

Zachary Platt –   Friend of Michael Clemence

Alex Reyes – Friend of Michael Clemence

Elijah Obrey – Family friend of Michael Clemence

John Obrey – Family friend of Michael Clemence

Honorable Judge Landya McCafferty,

I am Terry Kiernan, the mother of Michael Clemence. I come to you requesting for Michael to get the rehab he needs to work through this. I understand the severity of this entire situation.and the impacts of others. I do not take this lightly. I do believe Michael will benefit from counseling. He has admitted remorse to me and the desire to get the help he needs to move forward. He has admitted this is not what he wants for his life. I believe he can turn his life around and be a productive person and a father that will support his children. I would ask for mercy in his sentencing so we can get Michael the professional help he requires. I will support Michael in his recovery in every way. He is worth saving.

Sincerely

Terry Kiernan

February 28, 2022

Kent L. Clemence

[redacted]

RE: Michael Clemence

Honorable Judge Landya McCafferty,

The intention of this letter is asking for leniency in the sentencing of my son, Michael Clemence. I am Kent L. Clemence, father of Michael Clemence. I am one of seven children. We were all raised by my parents who remained together till death, living in Corona del Mar, a coastal town in California. My Dad worked and my Mom stayed at home and took care of us. We certainly weren't rich or spoiled being from a large family, but we had everything we needed. When I talk about my childhood, I say the hardest thing we had to deal with was getting enough guys to play a football game.

Michael, my only child, was about seven when his mother and I divorced. I didn't know what the future held, but I knew he was not going to have a childhood anything like mine. I thought it best that both of us start going to church, and we did. One of the pastors, a neighbor, asked if I would let a family stay with Michael and me.

The Wyle family, a traditional Christian family, came to live with us. Mike, their father, was a pastor of a small church in Prairie, Idaho. Their two sons were one year and two years older than my son, Michael. Their daughter was three years older. Cathy, their mother, home-schooled their three children. During the times they were with us, she would cook dinner most every night and we would all sit as a family to eat. It reminded me of my childhood. We all became very close to each other.

The entire family were a bluegrass band that played at local retirement parks and churches in Mesa, Arizona, during the winter months. Michael, my son, was included as a part of their group as their 'roadie', loading and unloading instruments for the shows. The Wyle family stayed with us 4.5 months of my 6 months that I had Michael every year for the next six years. Michael, the Wyles and I became like a family, helping one another along the way. They, next to Michael, were the greatest gift I ever received. They would say the same, I'm sure.

Fast forwarding through the stages of Michael's life, in my eyes he was a good kid, great son and turned into someone that I was certainly proud of! Receiving Michael's phone call the day all this surfaced is a day that will haunt me forever. He could hardly tell me what took place because he was so ashamed and upset. I was shocked! As a father, I wanted to comfort him. Even more so, I needed to know if he ever touched or harmed a child or anyone at all. Of course, he had not. Prior to that phone call from my son, my reaction toward anyone looking at the stuff he did

would have been one of pathetic disgust, which is the same feeling or reaction most anyone will have toward my son.

Your Honor, please consider that this is his first offense. He's lived a clean and trouble-free life outside this incident. Second, Michael knows if he doesn't get well and repeats this crime, he could go to prison for the rest of his life. He knows that to get well, he'll be in counseling forever. Finally, Michael realizes that what he's done has affected and hurt many people in his life. He'll never be able to be a father again daily with his children. His life with them will be visitations, probably supervised. His wife has filed for divorce. He has destroyed his family which was EVERYTHING to him with this crime. He will never be able go back to his career in finance with his criminal record. Because he will have to register as a sex offender, getting a job will be almost impossible. Michael has to live with all these things and more for the rest of his life.

His mother and I both live in Arizona and are ready to support Michael in any way we can. I know the penalties for his crime are severe, but I am asking you to find it in your heart to grant him leniency in his sentencing.

Sincerely,

*Kent L. Clemence*
Kent L. Clemence

January 14, 2022

Sandra C. Obrey



Honorable Judge Landya McCafferty,

My name is Sandra Obrey and I am a mother of five boys. Michael Clemence and my oldest son, Andrew became best friends in the eighth grade. Our Andrew was the smallest kid in his class and didn't have any friends, so when Michael came into his life, we were extremely grateful. Michael quickly became part of our family and has remained since 1998. We call him our "Velcro" son. He just stuck.

From ages fourteen to nineteen, Michael cared for our youngest sons a numerous amount of time. He was one of our most reliable babysitters. Today Elijah Obrey and John Obrey are outstanding students at university, on US Army ROTC scholarships and will commission into the US Military. We have spoken extensively to Elijah and John regarding any memories or interactions they had with Michael as children. They have denied any such problems or negative feelings and hold Michael in dear regards.

Michael moved away from us in his young adult years to Texas. Even though there was distance, he consistently kept in contact and called home quite often. It was a joy to be apart of his life and watch him grow in career and success. Michael remained so much in our lives that years later he followed us to New Hampshire. He lived with us for approximately six months while getting established in New Hampshire. Elijah and John were ages 15 and 13 during this time. Michael spent countless hours with the boys mentoring them in their young teen years.

With the most respect, Judge McCafferty, we understand the severity of Michael's situation. We love Michael. Most people would turn and run, but we are looking for ways to support and heal. We believe with your wisdom and understanding, Michael can be helped. Whatever the future holds, we will always be here for Michael. We are his New Hampshire family. We accept and understand the ramifications of Michael's offense and will remain a safe place and a home for him in the future.

Sincerely,

*Sandra C Obrey*

Sandra C. Obrey

January 14, 2022

Loren Obrey



Ref: Michael Clemence

Dear Honorary Landya McCafferty,

My family and I have known Michael since 1998 when he became good friends of our oldest of five boys. Mike has spent countless hours, days, and holidays in our home, and we consider him part of our family.

Although we haven't seen him as much since he started his family, he did live with us for some time in 2015 while he settled here in NH. Our two youngest boys, then 15 and 13 still lived in the home. Mike has been part of our family since they were born and he even baby sat them many times. I have questioned all my boy's numerous times about what is happening with Mike, and not one of them can ever recall having any idea that Mike had these issues. They have only known friendship and a brotherly relationship with Mike. They certainly do not recall any actions that would be considered sexually abnormal or abusive from Mike, as has been my experience as well.

So, you can understand that I was very shocked, surprised, and upset by these recent events. Nevertheless, my love and compassion for Mike has not changed. I only wish he had shared these struggles with me so that I could have helped him or got him the right help, before it became what it was. I understand and respect the consequences of his actions. I also believe Mike is completely aware of how much hurt his actions have caused and how remorseful he is, as he has shared that with me on our weekly calls since his incarceration.

I do want to say that Mike has already lost so much. There is a possibility he will never see his children again, whom I know Mike loves and adores without bounds. He will likely be divorced from his wife who he also loves dearly. He has served his time already in the worst stretch with the jail prohibiting visiting and even letter writing due to COVID.

I feel Michael can become a beneficial person to our society once he gets the help and healing needed. The sooner he can be with his immediate family and our family to support that, the better for everybody.

Sincerely,
Loren S. Obrey

Zachary Platt



12/19/2021

RE: Michael Clemence

To: The Honorable Judge Andrea Johnstone

I met Michael at a church we both attended in Tomball Texas and our friendship of about 7 years has grown over discussions about theology. Later I was the best man at his wedding. In all my time with Michael I experienced noting but impeccable character. He serves others and myself well. He is a hard worker educating himself as a financial advisor. He is humble with his faults. And I saw him with the boys at Boys and Girls country where he worked here in Texas, and he led them by example in honoring the bible and teaching it to them. Since he left Texas Michael and I have called one another on a regular basis and shared updates, successes and struggles. And I can honestly say he loves his wife and kids. And though the charges Michael has pleaded guilty to don't reflect the purity of that statement, He wants nothing more than to ask for forgiveness and take responsibility. He wants to rebuild what he can if Elizabeth is willing. He misses his son and daughter. He is already making plans on what to do for work when he gets out. And he is drawing himself as close to God as he can while he is incarcerated. It pains me to hear of what he has done and this industry needs to be stopped. But I continue to bind myself to Michael because I want to be around others that challenge me in God's word and truth.

It is my sincere hope the court takes this letter into consideration at the time of sentencing. Despite the current case, I do and still believe Michael Clemence to be an honorable man, a loving father and one needing much of God's forgiveness and grace.

Sincerely

*Zachary Platt*

Zachary Platt

February 28, 2022

Alex H. Reyes



Ref: Michael Clemence

Honorable Judge Landya McCafferty,

My name is Alex Reyes and I am a 26 year old Latino Software Engineer from Mesa, Arizona. I have known Michael Clemence for about 14 years, and I have known his family for the past several. I have shared dinners with Mike's parents, traveled with his siblings/family friends, celebrated with him on the eve of my graduation, and even played violin during his wedding ceremony.

From the beginning, Mike has been a structural part of my family, as he quickly became the responsible, wiser older-brother I never had – guiding me through early concepts of philosophy, accountability, and responsibility. This is the role that he has maintained to this day, quite literally guiding me through some of the hardest moments of my life (and my partner's life) – helping us journey down the arduous paths of forgiveness, love, and compassion. Even just the other week, Mike and I shared a phone call where he gave guidance on how to best help my closest friend deal with the emotional trauma his father and brother have burdened him with.

I would like to quickly address the above-mentioned topics of philosophy, accountability, and responsibility, and explain what each of these concepts mean to me; the meanings that I have derived as a direct result of Mike's influence:

<u>Philosophy:</u> the life-long task to understand our psyche through rigorous questioning, challenging, and continuous introspection. To find a path through the haze and shadows that surround us constantly.
<u>Accountability:</u> to seek and give guidance to those around us. To hold ourselves to a higher standard of being, in a process that brings to light the most shameful parts; not with the intent to shame, but for the purpose of a "controlled burn" – shedding the dead, old, and rotten pieces of ourselves.
<u>Responsibility:</u> owning our mistakes, learning from them, and growing into a better person as a result. Understanding that there are consequences to our actions, and that hiding from those consequences does not cause them to vanish.

Those that know Michael will adamantly attest to how relevant these three principles are to him, and it is my hope that those involved with this case can now also attest to Mike's openness to these principles, especially the last one: responsibility. I also hope that Mike's actions throughout this legal process have only helped to further these points – pleading guilty and acknowledging fault for his crime: accepting that burden of responsibility. When all of this is "said-and-done", Mike will not be free from his actions, in-fact, he will only just be at the beginning of his path to rebuilding and redemption... but I will be there for him, just as he has always been there for me.

Sincerely,

Alex H. Reyes

March 07, 2022

Elijah Obrey

Ref: Michael Clemence

Dear Honorary Landya McCafferty,

Michael was a family friend before I was born. I am twenty-two, and he has been more a brother in my family than some of my blood. In complete confidence, I assert that I have never had a sensual or traumatic experience with Michael Clemence throughout my years. He often would babysit me and my little brother John, and there was never a sexually illicit event in that time. I can personally vouch for his excellent character when I have known him.

If Michael is guilty, he needs to serve his time. Nonetheless, I believe the justice system is intended to rehabilitate and reform people into helpful and honorable citizens; and I do not see that objective being accomplished with extended time in the prison system. Instead, I view that time served and the reality that he will never see his children till their adulthood is significant in its own right. I humbly recommend minimal punishment in respect to Michael's otherwise clean record. Michael Clemence needs to be around good people who can help him become a good person, and the sooner that becomes a reality, the better his rehabilitation.

Thank you for your service to our state, your Honor.

Sincerely,

*[signature]*

Elijah W. Obrey

January 23, 2022

John T. Obrey



Ref: Michael Clemence

Honorable Judge Landya McCafferty,

My name is John Obrey, and I am the son of Loren and Sandra Obrey. I am twenty years old, attending Liberty University, and have plans to pursue a career in the U.S. Army as a commissioned officer via the ROTC program at LU.

Michael Clemence has been in my, and my family's lives, for as long as I can remember. From childhood to high school graduation, Mike has always been there as a friend and mentor, but above all a brother. In many ways, he has been more of a brother to me than some of my biological brothers. When my brother, Elijah, and I were young, Mike babysat us often much to our excitement because we thoroughly enjoyed having him over. He was that older brother that cared enough to stick around to see us grow and develop into the young men that we are today. We were sad when he moved to Texas because that meant we would not be seeing our brother as often, but he still made continual efforts to be apart of our lives. When he and his wife decided to move out to New Hampshire with us, however, we regained that part of the Obrey family that is Mike Clemence.

While this does not dismiss the situation that Michael is currently in, I, John Obrey, can truthfully and undeniably say that Michael Clemence has never suggested, attempted, or acted upon anything of sexual or immoral behavior toward myself in all the years that I have known him. From my childhood till present, I have experienced nothing but kindness and brotherly love from Michael. Regardless of my sadness and disappointment from his actions that led him to these circumstances, I will always love Mike as my own family and will always seek to help him heal and grow as he has done for me many times in the past.

Sincerely,

John T. Obrey: *[signature]*