## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

United States of America

v.

Michael Clemence

1:21-cr-00099-LM

## NOTICE OF CONVENTIONAL FILING - EXHIBIT B

The defendant, Michael Clemence, by and through counsel, John P. Newman, hereby gives notice that Exhibit B to his Sentencing Memorandum will be filed conventionally under seal on this date.

Dated: March 11, 2022

Respectfully submitted,
MICHAEL CLEMENCE,
By and through his counsel,

*/s/ John P. Newman*
John P. Newman, Esq.
NHBA No.: 8820
Newman Law Office, PLLC
15 High Street
Manchester, NH 03101
(603) 935-5603