

**U.S. Department of Justice**

Federal Bureau of Prisons

*Federal Medical Center Devens*

*PO Box 880*
*Ayer, MA 01432*

# Sex Offender Management Program
(March 1, 2004)

## Description and Philosophy of the Program

The Sex Offender Management Program (SOMP) was established in 2004 at the Federal Medical Center (FMC) in Devens, Massachusetts. The SOMP is a mandatory program assignment for inmates at FMC Devens who have been identified as sex offenders with a Public Safety Factor (PSF), and whose security classification is LOW or MEDIUM. Inmates need not volunteer for the SOMP, but are automatically assigned to the program upon arrival to FMC Devens, if they meet eligibility criteria (outlined below). Inmates admitted to the SOMP remain in the program throughout their incarceration at FMC Devens.

The primary goal of the SOMP is to help sexual offenders manage their behavior in order to reduce sexual re-offending. The program adheres to the philosophy that criminal sexual behavior can be effectively managed in most cases through intensive supervision and competent treatment. Similarly, the SOMP adheres to the idea that, while sexual deviance disorders are influenced by biological, social, and psychological factors, individuals have the choice of whether or not to engage in criminal sexual behavior. The program encourages its participants to change their criminal lifestyle and become honest, responsible, and law-abiding citizens with effective self-control skills.

The SOMP recognizes that sex offenders enter the criminal justice system with varying levels of denial and motivation. The SOMP seeks to evaluate the treatment and supervision needs of all eligible inmates, and offer and/or recommend specialized sex offender management and treatment services in accordance with those needs.

## The Staff

The SOMP staff is comprised of the following individuals:

C. Renaud, Ph.D., Program Coordinator
S. Bisci, LISW, SOMP Social Worker
M. Ferraro, Ph.D., Staff Psychologist
Post-doctoral Fellow

H. Lindgren, M.A., LMHC
C. Majo, Psychology Technician
Pre-doctoral Psychology Interns

### Admission Criteria
All inmates at FMC Devens who meet the following criteria are assigned to the SOMP:

1. The inmate must have been assigned the Public Safety Factor of Sex Offender pursuant to Bureau of Prisons Program Statement 5100.07; and,
2. The inmate must have been classified as Low or Medium security pursuant to Bureau of Prisons Program Statement 5100.07.

### The Management Program
The SOMP is an institution-based program. Program participants are not segregated from the general population. SOMP participants routinely have direct contact with general population inmates, as they use the same housing, dining, educational, medical, recreational, and religious facilities. Inmates participating in the SOMP are expected to work as do all general population inmates in the Bureau of Prisons, and are encouraged to participate in activities and programs that promote personal growth and development outside of the SOMP (e.g., education, vocational training).

The SOMP is comprised of four essential components: assessment, management, treatment, and release planning:

> **Psychosexual Assessment:** A psychological evaluation and risk assessment is completed for all inmates in the SOMP during the course of their management in the program. The assessment component may consist of a series of interviews, questionnaires, psychological tests, and physiological assessment. Participants may be assessed in three areas: intelligence and cognitive functioning, personality and psychopathology, and psychosexual functioning. Measures of sexual arousal (i.e., plethysmograph) and lie detection (i.e., polygraph) may also be recommended. The results of this ongoing, comprehensive evaluation process will be used to develop a Correctional Management Plan (CMP, described below), and to make appropriate recommendations for institutional and community supervision and treatment.
>
> **Management:** A Correctional Management Plan (CMP) is completed for each inmate in the SOMP. The CMP formally informs the inmate of the SOMP components and requirements, makes treatment and other program recommendations, and informs the inmate that his adherence to the CMP will be closely monitored. The CMP is individually tailored based on the degree of risk the inmate poses as well as his particular risk factors. The contents of an inmate's CMP may change over time, in conjunction with changes in risk level. SOMP participants have access to their CMP, and are held accountable for adhering to its contents.
>
> **Treatment:** Treatment recommendations are provided within each inmate's SOMP CMP. If an inmate meets eligibility criteria and volunteers for one of the BOP's intensive sex offender programs (e.g., the Sex Offender Treatment Program [SOTP] at FCI Butner,

North Carolina), the inmate is referred to that program. Inmates incarcerated at FMC Devens may be encouraged to participate in the following sex offender-specific psychology programs:

1. **The Sex Offender Education Program.** The Sex Offender Education Program is a manual-assisted basic education program designed to promote acceptance of responsibility, awareness of the harm of sexual victimization and victim impact, and education about relapse prevention concepts. The Sex Offender Education Program is provided by Psychology Services staff. Psychology Services staff monitor each inmate's participation in the Sex Offender Education Program.
2. **Non-residential Sex Offender Treatment.** While the SOMP is primarily a correctional management program, non-residential sex offender treatment may be available for psychologically suitable inmates who are not eligible for the SOTP at FCI Butner. Non-residential treatment is significantly less intensive than the model of treatment offered at FCI Butner. Non-residential treatment may consist of group therapy and/or individual therapy.
3. **Psychiatric treatment.** Psychiatric treatment with medications may be considered on an individual basis to address symptom-related concerns.

**Community Release Planning:** This essential component of the program is intended to help program participants maintain therapeutic gains and successfully achieve re-integration into the community upon release from prison. The SOMP staff and Unit Team collaborate to develop a sound release plan for the program participant that includes appropriate post-release housing, possible placement in Community Corrections Centers (CCC), as well as recommendations for employment, community-based treatment, and community supervision.

Prior to the program participant's release from prison, SOMP clinical staff prepare a comprehensive discharge packet. This packet is sent to the United States Probation Officer (USPO) upon the inmate's discharge from the program. The discharge report contains recommendations regarding the intensity of community supervision and monitoring, and generally addresses the areas specific to the offender's sexual deviance and risk (e.g., contact with minors, polygraph testing, treatment recommendations, employment restrictions, Internet restrictions, etc.). The discharge packet is mailed to the USPO approximately 90 days prior to the inmate's release to the community. Prediction of risk of re-offending is developed through observation, interview, file review, and clinical judgment. In compliance with Bureau of Prisons' policies, the sex offenders in the SOMP are referred to community-based sex offender programs upon their release, and they are subject to notification to state or local law enforcement and Sex Offender Registration officials in the district of release.

**Incentives for Participating in the SOMP**

Although the SOMP is a mandatory program assignment, some program components (i.e., completing psychological tests, participating in psycho-education classes, participating in non-residential therapy) are voluntary. SOMP inmates are encouraged to participate in recommended voluntary program components, and are offered the following incentives:

1. Participation provides an opportunity for self-improvement.
2. A Certificate of Completion is given to inmates who satisfactorily complete the psycho-education component. This certificate is forwarded to the Unit Team for placement in the Inmate's Central File.
3. Active participation in the SOMP is considered by the Unit Team in recommending the inmate for Community Corrections Center placement. Conversely, poor cooperation or failure to participate may curtail Community Corrections Center placement.
4. Inmates who actively follow SOMP recommendations may be viewed as motivated for change, a factor associated with decreased risk for re-offense. Conversely, failure to follow SOMP recommendations is viewed as indicative of a lack of motivation for behavior change, a factor associated with increased risk of re-offense. Thus, the extent to which an inmate follows SOMP recommendations may modify his risk assessment.

## Sanctions for Non-compliance with SOMP Requirements and Expectations

1. Failure to follow SOMP recommendations may also result in the following sanctions:
   a. Inmate Performance pay not to exceed the Maintenance pay level.
   b. Assignment to the least preferred housing available.
2. Specific violations of the mandatory program requirements are subject to the Inmate Disciplinary Process.

## Standards of Conduct

Inmates in the SOMP are required to comply with all the rules and regulations governing inmate conduct as defined by the Federal Bureau of Prisons. Failure to follow BOP rules and regulations is subject to disciplinary action. SOMP participants are also strongly encouraged to refrain from behaviors that can contribute to future sex offending behavior (e.g., using materials that promote sexual exploitation of others). Any institutional conduct, including disciplinary infractions and behaviors with the potential to contribute to future sexual offending, may be used in the clinical assessment of a SOMP inmate's risk of re-offense.

### Dress Code
All SOMP participants must adhere to FMC Devens's Dress Code at all times. Unless otherwise ordered (i.e., for a visual search), SOMP participants must be fully clothed in the presence of staff.

### Inappropriate Materials
To promote accountability and personal responsibility, SOMP staff routinely search the cells of program participants for the presence of contraband, and other items that may be used to further a program participant's sexual deviance (see below). The following items

may be considered sexual risk factors (i.e., have the potential to contribute to future sexual offending):

1. Any type of pornographic or sexually explicit material such as photographs, drawings, and written materials;
2. Any photograph or "cut-out" from any publication of a nude or partially nude adult or child;
3. Pictures/drawings of nude adults and/or children;
4. Any sexual apparatus or paraphernalia;
5. Any publication or photograph depicting physical abuse or sexual violence;
6. Any obvious collection of photographs, pictures, or drawings depicting any individuals in sexually explicit or suggestive poses or situations;
7. Any material that depicts, describes, or encourages activities which may lead to violence, sexual crimes, or exploitation; and,
8. Any other material that, in the clinical opinion of SOMP staff, is considered to have the potential to contribute to future sexual offending behavior.

Possession of items that are unauthorized per BOP policy result in disciplinary action. Some items may not be unauthorized per BOP policy, but due to their potential contribution to future sex offending, may be inadvisable for a SOMP participant to use, possess, or manufacture. SOMP clinical staff may provide therapeutic guidance on the risks of using such materials (e.g., their use may contribute to increased risk of sexual re-offense). Moreover, an inmate's possession of the items described above, may effect the outcome of his risk assessment.

### Confidentiality

Program participants are informed of the limits of confidentiality. Specifically, program participants are informed that their confidentiality is protected at all times, except in cases where there is potential harm to self or others, when the security of the correctional institution is threatened, or when there is suspected child abuse. As BOP staff are charged with protecting every inmate's confidentiality as defined by policy, SOMP inmates who volunteer to participate in group activities are expected to protect the confidentiality and privacy of other inmates in the program.

### Removal from the SOMP

Normally, an inmate assigned to the SOMP will remain in the SOMP until his release from prison. Program participants do not "graduate" from the program because sex offender management is viewed as an ongoing process that continues well beyond an individual's release from prison. Progress in the program is task-based, not time-based. Progress is measured in terms of completion of management and treatment goals. Length of time in the program, by itself, does not constitute therapeutic progress or accomplishment.

An inmate whose status changes while in the SOMP, such that he no longer meets eligibility criteria, will be discharged from the program. The reason for removal will be documented in the

Central File, and the inmate's Unit Team may request a transfer to another institution.

**All inquiries about the SOMP should be directed to the SOMP Coordinator:**
    Cheryl A. Renaud, Ph.D.
    Psychology Department
    FMC Devens
    Tel: (978)796-1000