Acknowledgment – Sentencing Options and Supervision Conditions

U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE
MAR 21 2022
FILED

# UNITED STATES DISTRICT COURT
## District of New Hampshire

UNITED STATES OF AMERICA

v.

**ACKNOWLEDGMENT**

Michael A. Clemence
Defendant

Case Number: 1:21CR00099-1-LM

I, <u>Michael A. Clemence</u>, acknowledge that I have received, reviewed and understand the proposed Sentencing Options and Supervision Conditions filed by the U.S. Probation Office in this case.

Date: 3/21/2022

_____
Defendant

_____
Defense Counsel

cc: Defendant
U.S. Attorney
U.S. Marshal
U.S. Probation
Defense Counsel

USDCNH-103 (10-14)